UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY SIMMONS, III,<br>            Plaintiff,<br><br>        v.<br><br>COUNTY OF LOS ANGELES, et al.,<br>            Defendants.<br>_____ | ) Case No. CV 04-9731 SVW(JC)<br>)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Defendants' Motion for Summary Judgment is granted; (2) Plaintiff's Motion for Summary Judgment is denied; and (3) Judgment be entered in favor of defendants the County of Los Angeles, the Los Angeles County Sheriff's Department, Robert Taylor, Jr., and Tommy Harris.

IT IS SO ORDERED.

DATED: August 18, 2010     _____
                           HONORABLE STEPHEN V. WILSON
                           UNITED STATES DISTRICT JUDGE